## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DINESOL PLASTICS, INC.  ) | |
| ) | Civil Action No. 5:13-cv-01608-JRA |
| Plaintiff,  ) | |
| ) | **JUDGE JOHN R. ADAMS** |
| v.  ) | |
| ) | |
| AVON PLASTICS, INC.  ) | |
| d/b/a MASTER MARK  ) | |
| PLASTIC PRODUCTS  ) | |
| ) | |

## JOINT NOTICE OF DISMISSAL

The Plaintiff and Defendant have amicably resolved this matter.  Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses, without objection of Defendant, the above-captioned action with prejudice since the settlement between the parties satisfactorily resolves the dispute between the parties.

Costs and fees shall be assessed against the party incurring them.

Dated:   September 18, 2013        /Robert J. Herberger/        .
ROBERT J. HERBERGER
ROTH, BLAIR, ROBERTS, STRASFELD & LODGE
Robert J. Herberger, Esq.     (Ohio Sup. Ct. No. 0043848)
Stuart A. Strasfeld, Esq.      (Ohio Sup. Ct. No. 0012399)
David S. Barbee, Esq.        (Ohio Sup. Ct. No. 0037248)
100 East Federal Plaza, Suite #600
Youngstown, OH 44503-1893
☎ (330) 744-5211     🖷 (330) 744-3184
rherberger@roth-blair.com
sstrasfeld@roth-blair.com
dbarbee@roth-blair.com
*Attorneys for Plaintiff, Dinesol Plastics, Inc.*

*With consent and by Agreement:*

/Michael S. Neustel/                        .
MICHAEL S. NEUSTEL
NEUSTEL LAW OFFICES, LTD
Michael S. Neustel
2534 South University Drive, Suite 4
Fargo, ND 58103
☎ (701) 281-8822     🖷 (701) 237-0544
michael@neustel.com
*Attorneys for Defendant, Avon Plastics, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, we electronically filed the Joint

Notice of Dismissal with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:

Michael Neustel, Esq.
NEUSTEL LAW OFFICES, LTD
2534 S. University Drive, Ste. 4
Fargo, North Dakota 58103
Email:  michael@neustal.com
*Attorney for Defendant, Avon Plastics, Inc.*


/Robert J. Herberger/
ROBERT J. HERBERGER
ROTH, BLAIR, ROBERTS, STRASFELD & LODGE
Robert J. Herberger, Esq.    (Ohio Sup. Ct. No. 0043848)
100 East Federal Plaza, Suite #600
Youngstown, OH 44503-1893
☎ (330)744-5211     🖷 (330)744-3184
rherberger@roth-blair.com
*Attorneys for Plaintiff, Dinesol Plastics, Inc.*